IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | NO. 2:21-CR-_____ |
| | § | Judge _____ |
| ANTWAN DAVIS | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

                                            Violation: 21 U.S.C. § 841(a)(1)
                                            (Possession with intent to distribute
                                            Marijuana)

On or about December 17, 2020, in Marion County, Texas, in the Eastern District of Texas, **Antwan Davis**, defendant, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, namely approximately 5.8 ounces of Marijuana.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D).

### Count Two

>Violation: 18 U.S.C. § 924(c)(1)(A)
>(Possession of a firearm during drug trafficking)

On or about December 17, 2020, in Marion County, Texas, in the Eastern District of Texas, **Antwan Davis,** defendant, did knowingly use, carry, and possess, a firearm, namely, a Sig Saur, model P250, .45 caliber, semi-automatic pistol, during, in relation to, and in furtherance of, a drug trafficking crime for which said defendant may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D).

In violation of 18 U.S.C. § 924(c)(1)(A).

### Count Three

>Violation: 18 U.S.C. § 922(g)(1)
>(Felon in Possession of a Firearm)

On or about December 17, 2020 in Marion County, Texas, in the Eastern District of Texas, **Antwan Davis**, defendant, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Unlawful Possession of a Firearm, a felony, in Cause Number 17SO-CR01428, in the 33rd Judicial Circuit Court in and for Scott County, Missouri, on June 29, 2018; Theft/Stealing (Value of Property or Services is $500 or More but Less Than $25,000), a felony, in Cause Number 13SO-CR01127, in the 33rd Judicial Circuit Court in and for Scott County, Missouri, on July 24, 2014; Theft/Stealing (Value of Property or Services in $500 or

More but Less Than $25,000), a felony, in Cause Number 11SO-CR01103-01, in the 33rd Judicial Circuit Court in and for Scott County, Missouri, on August 15, 2012; and, Property Damage 1st Degree, a felony, in Cause Number 10SO-CR00908-1, in and for Scott County, Missouri, on August 17, 2010, did knowingly and unlawfully possess, in and affecting commerce, a firearm, to wit: a Sig Saur, model P250, .45 caliber, semi-automatic pistol.

In violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c)

As a result of committing the offenses alleged in this indictment, the defendant shall forfeit to the United States of America pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) any and all firearms, ammunition and accessories subject to forfeiture based on the aforementioned statutes, including but not limited to the following:

> Sig Saur, model P250, .45 caliber, semi-automatic pistol, bearing serial Number EAK127222

By virtue of the commission of the felony offenses charged in this indictment, any and all interest the defendant has in the above-described firearm is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c).

A TRUE BILL

MCF
_____
GRAND JURY FOREPERSON

NICOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____
JIM NOBLE
Assistant United States Attorney

6/17/21
_____
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION



| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. 2:21-CR-_____ |
| | § | |
| ANTWAN DAVIS | § | |

## NOTICE OF PENALTY

### Count One

Violation: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D) (Possession with Intent to Distribute Marijuana)

Penalty: A fine of not more than $250,000.00, imprisonment for a term of not more than 5 years, or both; and a period of supervised release of at least two (2) years; or, if the defendant has been previously been convicted for a felony drug offense, a fine of not more than $500,000.00, imprisonment for a term of not more than 10 years, or both; and a period of supervised release of at least four (4) years.

Special Assessment: $100.00

### Count Two

Violation: 18 U.S.C. § 924(c)(1) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

Penalty: Imprisonment not less than five (5) years [to be served consecutively to the underlying offense] and up to life, a fine of up to $250,000.00, or both; a term of supervised release of at least two (2) years.

Special Assessment: $100.00

## Count Three

| | |
|---|---|
| <u>Violation</u>: | 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) |
| <u>Penalty</u>: | A fine of not more than $250,000.00; imprisonment for not more than ten (10) years; a term of supervised release of not more than three (3) years.  18 U.S.C. § 924(a)(2). |
| <u>Special Assessment</u>: | $100.00 |